**FILED**
JAMES J. VILT, JR. - CLERK

JAN 18 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**DAN EDWIN WILSON**

INDICTMENT

NO. 3:23-CR-3-CHB

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
26 U.S.C. § 5841
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
26 U.S.C. § 5872
28 U.S.C. § 2461

The Grand Jury charges:

### COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about June 3, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DAN EDWIN WILSON**, knowingly possessed, in and affecting commerce, a firearm, that is a Rock Island Armory, Model M1911-A1, .45 caliber pistol, bearing serial number RIA1547427, a Smith & Wesson, Model M&P Shield, 9 millimeter pistol, bearing serial number HUH1149, and a Rock Island Armory, Model M1911-A1, .45 caliber pistol, bearing serial number RIA2266246, and ammunition with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about July 11, 1994, in Breckenridge Circuit Court, Breckenridge County, Kentucky, in Case Number 94-CR-019, **DAN EDWIN WILSON**, was convicted of Burglary in the Second Degree (2 counts) and Unlawful Transaction with a Minor, each a felony;

On or about December 19, 1995 in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 95-CR-2600, **DAN EDWIN WILSON**, was convicted of Theft By Unlawful Taking over $300 (2 counts), a felony;

On or about December 10, 1997, in Fayette Circuit Court, Fayette County, Kentucky, in Case Number 97-CR-977, **DAN EDWIN WILSON**, was convicted of Escape in the Second Degree, a felony.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

The Grand Jury further charges:

## COUNT 2
*(Possession of an Unregistered Firearm)*

On or about June 3, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DAN EDWIN WILSON**, knowingly received and possessed a firearm, to wit: an Anderson Manufacturing, Model AM-15, multi-caliber rifle bearing serial number 19347295, with a 28 inch overall length and a 14 inch barrel, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this Indictment, a felony punishable by imprisonment for more than one year, the defendant, **DAN EDWIN WILSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to: a Rock Island Armory, Model M1911-A1, .45 caliber pistol, bearing serial number

RIA1547427, a Smith & Wesson, Model M&P Shield, 9mm pistol, bearing serial number HUH1149, and a Rock Island Armory, Model M1911-A1, .45 caliber pistol, bearing serial number RIA2266246, and ammunition.

Furthermore, as a result of committing an offenses in violation of Title 26, United States Code, Section 5861(d) as specifically charged in Count 2 of this Indictment, the defendant, **DAN EDWIN WILSON**, shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872, all National Firearms Act firearms, including, but not limited to: an Anderson Manufacturing, Model AM-15, multi-caliber rifle bearing serial number 19347295, with a 28 inch overall length and a 14 inch barrel.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:CCT:1.10.2023

UNITED STATES OF AMERICA v. DAN EDWIN WILSON

## PENALTIES

Count 1: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

#### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

#### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

#### RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

#### APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.