UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 3:23-CR-3-CJB |
| ) | |
| DAN EDWIN WILSON, ) | |
| ) | |
| DEFENDANT ) | |

\* \* \* \* \* \* \*

### MOTION TO CONTINUE TRIAL BY JURY CURRENTLY SCHEDULED FOR APRIL 11, 2023, AND TO CONTINUE ALL PRE-TRIAL DEADLINES, FILED ON BEHALF OF DEFENDANT DAN EDWIN WILSON
*\* UNOPPOSED\**
*ELECTRONICALLY FILED*

Comes Dan Edwin Wilson, by counsel, Nick Mudd, and hereby gives notice to this Honorable Court, and to the United States Government, that Mr. Wilson files this *unopposed* motion to Continue the Trial date of April 13, 2023, and all related motion and pre-trial deadlines, for a reasonable period. In support of this Motion, Defendant Wilson states the following:

1. Defendant Wilson was charged in an indictment filed with this Court on or about January 18, 2023, charging him with one (1) count of Possession of a Firearm by a Prohibited Person and one (1) count of Possession of an Unregistered Firearm.

2. A trial by jury has been scheduled to begin on April 11, 2023, at 9:00 a.m., before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in Louisville, Kentucky.

3. The Undersigned counsel is still preparing this case and reviewing the discovery with Mr. Wilson. Mr. Wilson does not possess or own a computer which has made review of the

discovery with Mr. Wilson somewhat complicated. In addition, Counsel is working with the United States to ensure there are no issues with any potential charges from Washington, D.C., which factually could involve this case, before proceeding with a resolution of the charges. This meets an exception for "excludable" periods of time contained in 18 U.S.C. §3161(h).

4. Because of the above, the undersigned counsel respectfully asks this Honorable Court for a trial continuance so that counsel may work towards resolution of the charges.

5. The undersigned further believes not granting a continuance would deny Mr. Wilson the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Counsel further believes with more time the parties will be able to settle this case and avoid the need for a jury trial.

7. Respectfully, the undersigned counsel requests this Honorable Court grant a trial continuance and a continuance for all motion and pre-trial deadlines, for a reasonable period, as the Court sees fit and proper.

**WHEREFORE**, Counsel for Mr. Wilson requests this Honorable Court grant a trial continuance and a continuance as to all related pretrial and motion deadlines as to the trial now scheduled for April 11, 2023, at 9:00 a.m., before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in London, Kentucky.

    Respectfully submitted,

    /s/ Nicholas Darrell Mudd

    NICHOLAS DARRELL MUDD
    BAR # 93783
    MUDD LEGAL GROUP
    600 W Main St.
    Suite 1916
    Louisville, Kentucky 40202
    Phone: (502) 795-2529
    Nick@MuddLegalGroup.com

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing motion was filed electronically, along with a proposed order, using the CM/ECF system, which will send notification of filing to all registered parties.

/s/ Nicholas Darrell Mudd

_____
NICHOLAS DARRELL MUDD
Counsel for Defendant Dan Edwin Wilson