UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO. 3:23-CR-3-CHB |
| ) | |
| DAN EDWIN WILSON, ) | |
| ) | |
| DEFENDANT ) | |

* * * * * * *

MOTION TO CONTINUE TRIAL BY JURY CURRENTLY SCHEDULED FOR NOVEMBER 7, 2023, AND TO CONTINUE ALL PRE-TRIAL DEADLINES, FILED ON BEHALF OF DEFENDANT DAN EDWIN WILSON
*UNOPPOSED*
*ELECTRONICALLY FILED*

Comes Dan Edwin Wilson, by counsel, Nick Mudd, and hereby gives notice to this Honorable Court, and to the United States Government, that Mr. Wilson files this *unopposed* motion to Continue the Trial date of January 9, 2024, and all related motion and pre-trial deadlines, for a reasonable period. In support of this Motion, Defendant Wilson states the following:

1. Defendant Wilson was charged in an indictment filed with this Court on January 18, 2023, charging him with one (1) count of Possession of a Firearm by a Prohibited Person and one (1) count of Possession of an Unregistered Firearm.

2. A trial by jury has been scheduled to begin on January 9, 2024, at 9:00 a.m. before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in Louisville, Kentucky.

3. Mr. Wilson has a case out of the Washington, D.C. District that was indicted months after the indictment in this case. An offer was recently conveyed in that case which Mr. Wilson has rejected. However, his counsel in that case indicates they are hoping to still reach a

resolution by plea agreement. It is the hope and intent of all parties for a global wrap up with both cases, which would be in the best interest of justice, efficiency, and judicial economy. This meets an exception for "excludable" periods of time contained in 18 U.S.C. §3161(h).

4.  Counselors in this case have a substantive agreement. However, because the case in Washington D.C. is still being litigated, counsel for Mr. Wilson respectfully requests this Court continue this case for a reasonable amount of time so that the charges against Mr. Wilson in Washington, D.C. can either be resolved with a plea or trial. The undersigned is concerned if a plea agreement is entered here prior to the resolution of the Washington, D.C. case, it will substantially affect Mr. Wilson's Criminal History category. Counsel for Mr. Wilson wants to ensure his rights are protected and the best steps are taken to ensure Mr. Wilson gets the most fair and just resolution. Continuation of this case at the present time should achieve those goals.

5.  Respectfully, the undersigned counsel requests this Honorable Court grant a trial continuance and a continuance for all motion and pre-trial deadlines, for a reasonable period.

6.  Counsel for Mr. Wilson has conferred with counsel for the United States and is able to represent that this Motion is unopposed.

**WHEREFORE**, Counsel for Mr. Wilson requests this Honorable Court grant a trial continuance and a continuance as to all related pretrial and motion deadlines as to the trial now scheduled for January 9, 2024, at 9:00 a.m., before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in Louisville, Kentucky.

Respectfully submitted,

/s/ Nicholas Darrell Mudd
_____
NICHOLAS DARRELL MUDD
BAR # 93783

MUDD LEGAL GROUP
600 W Main St., Suite 300
Louisville, Kentucky 40202
Phone: (502) 795-2529
Nick@MuddLegalGroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was filed electronically, along with a proposed order, using the CM/ECF system, which will send notification of filing to all registered parties.

/s/ Nicholas Darrell Mudd

_____
NICHOLAS DARRELL MUDD
Counsel for Defendant Dan Edwin Wilson