In the United States District Court
for the __Western__ District of __Kentucky__

United States of America )
)
v. ) Criminal No. 3:23-CR-003-CHB
)
Dan Edwin Wilson )

**FILED**
JAMES J. VILT, JR. - CLERK
MAY 16 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

### Consent to Transfer of Case for Plea and Sentence

*(Under Rule 20)*

I, Dan Edwin Wilson, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the U.S. District Court for the District of Columbia in which I will be present and to waive trial in the above captioned District.

Dated: __May 15__, 2024_____ at

X __[signature] Dan W_____
(Defendant)

__[signature]_____
(Witness)

__[signature]_____
(Counsel for Defendant) (Nick Mudd)

Approved:

__[signature] Bryan Calhoun__
(Criminal Chief-authority delegated)

_____          _____
United States Attorney for the          United States Attorney for the
Western District of Kentucky            District of Columbia

In the United States District Court
for the ___Western___ District of ___Kentucky___

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Criminal No. 3:23-CR-003-CHB |
| | ) | |
| Dan Edwin Wilson | ) | |

**Consent to Transfer of Case
for Plea and Sentence**

**(Under Rule 20)**

I, Dan Edwin Wilson, defendant, have been informed that an indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the U.S. District Court for the District of Columbia in which I will be present and to waive trial in the above captioned District.

Dated:_____, 2024_____ at

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved:

*/s/ Bryan Calhoun*

(Criminal Chief-authority delegated)

_____
United States Attorney for the
Western District of Kentucky

*/s/ Matt Graves*

_____
United States Attorney for the
District of Columbia